| | |
|---|---|
| ERIC S. KILGORE,<br>      PLAINTIFF<br><br>V.<br><br>FRANKLIN COUNTY, OHIO LOCAL GOVERNMENT,<br><br>CITY OF COLUMBUS, OHIO,<br><br>COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO, DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH,<br><br>COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO, DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH, JUDGE JAMES BROWN,<br><br>JESSICA ISABEL JUDE<br>      DEFENDANT(S) | **CIVIL ACTION NO.**<br>**03-22 1046**<br><br>**JUDGE**<br><br>――――――――<br><br>**MAGISTRATE JUDGE**<br><br>―――――――― |

# COMPLAINT

## PRELIMINARY

## CIVIL ACTION

### TITLE 42 U.S. FEDERAL CODE § 1983

Comes, THE SPEAKER OF THE PEOPLE, Eric Scot Kilgore, of Nashville, TN, pro se, to file a **TITLE 42 U.S.FEDERAL CODE § 1983** complaint against (1) FRANKLIN COUNTY, OHIO GOVERNMENT, (2) CITY OF COLUMBUS, OHIO GOVERNMENT (3) COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO, DIVISION OF DOMESTIC

RELATIONS AND JUVENILE BRANCH, AND (4) COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO, DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH AND JUDGE JAMES BROWN for Deprivation of Constitutional and Civil Rights in the matter of the *U.S. CONST., Article VII, 2A* among others to be determined but not limited to *U.S. CONST., Article VII, 8A* and *U.S. CONST., Article VII, 14A*. This complaint brings forth with Preponderance of Evidence Lack of Subject Matter Jurisdiction against the Defendant(s). The Defendant(s) acted Under Color of Law that purposefully infringes on my Second, Eighth and Fourteenth Amendment Civil Right while acting in violation of the Defendant's own Subject Matter Jurisdiction laws and Federal Jurisdiction. Further, the Defendant(s) disguised a Civil Protection Consent Order as not infringing on the *U.S. CONST., Article VII, 2A, 8A, 14A*. The Defendant's conduct was the actionable cause of my claimed injury that has decimated my life. Long v. County of Los Angeles, 442 F.3d 1178, 1185(9th Cir. 2006) (citing West v. Atkins, 487 U.S. 42, 48 (1988)). But for the action of granting the ex parte Civil Protection Order on April 16, 2022, the injury of losing my *U.S. CONST., ARTICLE VII, 2A, 8A, 14A* (*herein 2A, 8A, 14A*) and injury to my Lexington Fayette County Kentucky Custody Case (19-CI-4318) in which my timeshare was suspended on February 19, 2021 and would not have occurred if not for the actions of the Defendant(s) Deprivation of my Constitutional Rights. Harper v. City of Los Angeles, 553 F.3d 1010, 1026(9th Cir. 2008). The Defendant's action is the predominant cause which set into motion the foretold chain of events that injured my person. I am **REQUESTING** of **THE UNITED STATES DISTRICT COURT FOR MIDDLE DISCRTICT OF TENNESSEE** to, by CAUSE OF ACTION in the form of TITLE 42 US. FEDERAL CODE § 1983 AGAINST THE DEFENDANT(S), to **ORDER TO DISMISS CASE NO. 20-DV-645** IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO, DIVISION OF

DOMESTIC RELATIONS AND JUVENILE BRANCH, JUDGE JAMES BROWN. I would like to further REQUEST OF THE COURT in monetary damages to be counted at a later time due to the significance of the matter with the TITLE 42 U.S. FEDERAL CODE § 1983, its boundaries and the Defendant(s) granting an Order that breaches the U.S. Constitution without Subject Matter Jurisdiction that caused an innocent child to lose his Father.

Regardless of SUBJECT MATTER JURISDICTION being met or not on Defendant(s) state laws or not, the *U.S. CONST., Article VII, 2A* is clear as day. "SHALL NOT BE INFRINGED" cannot be interpreted in any way other than NO ENTITY MAY REMOVE MY FIREARMS WITHOUT ENSLAVEMENT, *U.S. CONST., Article XIII, Section 1*. This is common knowledge. The **2A,** Lack of Subject Matter Jurisdiction, VIOLATION OF DECLATORY DECREE WITH NO DECLATORY RELIEF, hearsay, hearsay within hearsay, false accusations, wrongful prosecution, cruel and unusual punishment, excessive fines, no due process, constant continuances, an unjust and slow trial, scare tactics, refusal to hear evidence, termination of parental rights by an inferior court does not stand ground for infringement on the, but not limited to, **2A, 8A 14A.** GRANTING AN EX PARTE MOTION BY ORDER to infringe on the **2A** without Subject Matter Jurisdiction is an example of Tyranny and Rule by Brute Force. We exist today because we were tired of Tyranny and Rule by Brute Force. Defendant(s) putting an order against my person in such manner is as if we fought China to gain our freedom from Britain. China didn't have a *take* in the pot. Defendant(s) are China in the analogy. Maybe Paul Cantrell of Athens, TN, 1946? The Defendant(s) took advantage of a pro se litigant just like Cantrell did voters.

The *FEDERAL LAW* OF **UNIFORM DECLARATORY JUDGEMENTS ACT (UDJA)** (EXHIBIT 1) authorizes **DECLARATORY RELIEF** (EXHIBIT 2). EXHIBIT 3,

**DECLATORY JUDGEMENT** Traditional remedies for damages and equitable relief were and are not available. **INJUCTIVE RELIEF** states that there is no remedy at law and irreparable harm has resulted when the relief was not granted at the beginning of the Defendant(s) recent DISMISSAL of my MOTION TO DISMISS DUE TO LACK OF SUBJECT MATTER JURISDICTION. Under ***U.S. CONST., ARTICLE III,*** a Federal Court may only issue a Declaratory Judgement when there is an actual controversy. I have been given <u>no option</u> following the dismissal of my motion within the Defendant(s). I do not feel that I need to express myself any further under this clause. Further explanation of relativity of, but not limited to, ***U.S. CONST., ARTICLE VII, 2A, 8A, 14A*** can and will be found unless **THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRIUCT OF TENNESEE**

(1) Establish a Case Management Conference (CMC) and/or

(2) Mediation if settlement is not within the Defendant(s) limits due to;

   a. (1) INABILITY TO ADMIT BAD FAITH

   b. (2) REFUSAL OF MONETARY DAMAGES.

This is a serious matter of detrimental actions against not only me, but THE UNITED STATES OF AMERICA AS WE THE PEOPLE AND AN ATTACK ON THE CONSTITUTION. We shall treat this as an example.. I cannot express enough at this time but will if need be.

EXHIBIT 4, my MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AGAINST THE DEFENDANT(S) has been DISMISSED due to lack of service on October 28, 2022. The Defendant(s) require all parties to submit any changes of address, but the plaintiff against me in the Defendant(s) case is not being held accountable. Further, my Ohio attorney has "ghosted" me because Franklin County, Defendant(s) force

litigants to physically file in person. Thus, depriving us of "e-file" service on solely Civil Protection Orders. This is somewhat new I have heard. The Defendant has made it difficult, if not impossible, TO BE HEARD and REPRESENTED in a Civil Protection Order motion filed by the injured party. The Defendant(s) also does not allow a Certificate of Service Request to be e-filed either. It must be done in person. Since my attorney has ghosted me, I decided to drive from Nashville, TN to Columbus, OH, taking off work, staying in a hotel and incurring all the expenses to fill out two separate service requests. Upon giving the Defendant(s) the proper addresses for service, they told me the wrong county. I filed it with that advisement. I did not find this out until a few days passed and I was already back in Nashville, TN. I tried calling the sheriff's department of the county the Defendant(s) advised me that the addresses were location within, and that sheriff's department advised me that they were sent to the wrong sheriff's department for service. I AM DONE with the Defendant(s). I contemplated filing this complaint long before but wanted to attempt to do so as civilly as possible. Defendant has taken my civility to litigate with them following the DISMISSAL OF MY MOTION TO DISMISS DUE TO LACK OF SUBJECT MATTER JURISDICTION. I am at wits end with this infringement against, but not limited to, my **2A**. EXHIBIT 4 describes so wonderfully thorough that the Defendant(s) <u>did not</u> have Subject Matter Jurisdiction to place a Civil Protection Order against my person at any point in my life. My image has been tainted because of this illicit act while under color of law. My reputation has been ruined. My son has been removed from my life IN VIOLATION OF, but not limited to, ***U.S. CONST., AMENDMENT VIII, XIV*** until further notice. THIS IS ALL THE DEFENDANT(S) FAULT. I have had to adapt to a completely different lifestyle due to the details of this complaint. I had been a Concealed Carry Permit holder in two states since I was twenty-one years old, West Virginia and Kentucky. I am a Law-

Abiding Citizen, one of WE THE PEOPLE and I have been severely injured by (1) FRANKLIN COUNTY, OHIO, (2) CITY OF COLUMBUS, OHIO, (3) COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO, DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH, AND (4) THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO, DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH JUDGE JAMES BROWN.

EXHIBIT 5, my Appeal against the Defendant(s) reflects an appeal against Jurisdiction, but as a pro se litigant and per my ghosted Ohio attorney, I appealed the wrong subject. But regardless, it was a learning experience writing a brief and preparing for this complaint against the Defendant(s). EXHIBIT 5 is descriptive of details from the beginning of the case to what led me to sign a consent order in the first place. But again, none of that matters because of the **2A**.

To begin, this is not the first step that I have taken nor attempted to take. From the beginning, my ex-wife, Jessica I. Jude of Columbus, OH, had filed a Civil Protection Order in Defendant(s) Jurisdiction on April 16, 2020. The *ex parte Order* was granted by the Defendant(s). We were ordered to appear within ten days as Defendant(s) Civil Rules state (EXHIBIT 4). The hearing was rescheduled without noticing me. The day before, I called the Defendant(s) clerk before renting a vehicle just to check and was then noticed. The matter was continued until July 28, 2020. Upon commencement of the hearing on July 28, 2020, the Defendant(s) would not accept my Evidence (EXHIBIT 6) to be heard despite filing them with the Defendant(s) upon my arrival that morning. The Defendant(s) stated that he was going to continue the matter once again after I had just taken off work, drove nearly four hours, all the fuel in my truck, the stress and heartache and had an ex parte protection order infringing on my **2A** for about three months at this point. The Defendant(s) stated the ultimatum that "*or*" I could

sign a Consent Order and could be finished with this issue. I stated to that Court that I did not care whatsoever to stay as far away from my ex-wife as far as she would like, but I need my guns back. The Defendant(s) stated that if I did not check off box eleven or twelve, then I would be able to obtain my guns back to my possession. I took the Defendant(s) word as truth and signed a Consent Order in the Defendant(s) jurisdiction. This CONSENT ORDER IS NULL AND VOID PER ALL AFOREMENTIONED AND FURTHER ARGUMENT, FACTS, STATEMENTS AND SWORN TESTIMONY. I would have a recording or transcription of this for the Court, but I have been told by the Defendant(s) that there is NO RECORD OF VIDEO OR TRANSCIPTION. Court in secrecy? As you probably know, the next day, the Fayette Co. Kentucky Sheriff's Office would not give me my guns back. All of this can be explained in much greater detail in (EXHIBIT 5) that was denied. Some time went by, but I decided to file a Motion to Dismiss for Lack of Subject Matter Jurisdiction. I had hired attorney, Eric E. Willison of Columbus, OH, to file this motion. Mr. Willison served my ex-wife's attorney. Opposing counsel, Thomas Sexton of Columbus, OH, both appeared before the Defendant(s) court on March 3, 2022. The matter was continued due to "lack of proper service". The court claimed that I must serve my ex-wife's person, not her attorney. Between living in Nashville, Tennessee and having an attorney that wound up going "AWOL", I ended up driving to Columbus, OH from Nashville, Tennessee to give the Defendant(s) clerk my ex-wife's addresses for her to be properly served. That Defendant(s) clerk gave me the county name for the address given and sent to the Fairfield County Sheriffs Office of Ohio to be served. I then returned to Nashville, Tennessee where I am a resident. I called the aforementioned sheriff's office a few days later, and they had returned the Request for Service back as it was sent to the wrong county. Therefore, I would have to (1) return to Defendant(s) Jurisdiction to submit a new Request for Service (2)

Find Eric E. Willison who refuses to communicate and file a withdrawal. I believe Eric E. Willison has ghosted me as he has because of the Defendant(s) force ALL litigants, attorneys and pro se, to physically file in person on all Civil Protection Orders. I had contacted another Columbus, Ohio attorney that does domestic relations and she stated to me that no one wants to take these kinds of cases anymore because they force litigants to physically file. Thus, making it difficult, if not impossible to seek representation and TO BE HEARD in a case like mine *"PER RULE 2.6"*. Interpretation is THE PEOPLE'S device. **U.S. CONST., Article VII, 6A** may be of necessary interpretation here: *"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence."* Now, see, this is why I tried not to file this because I knew it would open a can of worms for me. These State and District Family Courts operate outside of the **CONSTITUTION OF THE UNITED STATES OF AMERICA**. I have not been accused of a crime legally. The accusations brought against me were from a third-party ex-neighbor of mine, of which I had a Protection Order against in Kentucky. The third party's information is included within EXHIBIT 6, the Defendant's entire file of 20-DV-645. The information stated within my file that I prepared for the Court which consists of about half of 20-DV-645. There is a load of information with EXHIBIT 6 so I do apologize. But for entertainment, you can find the third-party accusations and the Defendant(s) original ex parte complaint pulled forward in EXHIBIT 6. IN CASE 19-CI-4318, HONORABLE JUDGE TRACI BRISLIN OF THE 22ND JUDICIAL COURT, DIVISION II OF FAYETTE COUNTY KENTUCY CIRCUIT COURT **DENIED** the

ex-wife's initial request for state protection before proceeding further in her and the Defendant(s) UNCONSTITUTIONAL REQUESTION WITHOUT LACK OF SUBJECT MATTER JURISDICTION.

TITLE 42 U.S. FEDERAL CODE § 1983 states per Cornell University Online, *"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."* Explained very creatively by Cornell University Online is the majority of the "un-cited" facts.

Before I exit, I need to express my disapproval of these state "Family and Domestic Courts". My life has been tainted by these courts, in Kentucky too. The process is slow, hoops are small and far away, the fees are ridiculously high. If you don't think I will not attempt to fix the Family and Domestic Courts and Child Support Agencies in a new suit after reading this one, then I'm your Huckleberry. Ya'll, the Defendant(s) woke me up. See, **U.S. CONST., ARTICLE III, SECTION 2** states, *"The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good*

*behavior...*". It seems to me, and, allegedly, the General Population feel that there is severe need for all State level Family and Domestic Courts and Child Support Agencies to be forced into REFORM. In the occurrence of, I have the ability to recruit, if not, millions of people that have been defeated by these Family and Domestic Courts and Child Support Agencies to create a **CLASS ACTION LAWSUIT** against all State Governments in the name of creating a better American Family. This is common knowledge. These courts operate outside of the *CONSTITUTION OF THE UNITED STATES OF AMERICA* based on everything I have PROVEN. Prove me if I'm wrong, please. These courts have a lot of free power, especially when it comes to CHILDREN AND FINANCES. Which leads me to my next point. *U.S. CONST., ARTICLE VII, AMENDMENT VIII* states that *"no excessive fines, nor cruel and unusual punishment inflicted"*. Inflicted was a demand of Child Support against Child Timeshare Parenting rights presently to February 19, 2021 and before. He is almost Seven on February 23, 2023. Due to the Defendant(s) actions, the Fayette County Kentucky Court (19-CI-4318) taking a child from a parent that has been in the child's life from conception to marriage and until he was days from his fifth (5th) birthday IS CRUEL AND UNUSUAL PUNISHMENT INFLICTED for such minimal infractions against that court, Lucinda Masterton. All influenced by the Defendant(s). Per *U.S CONST., ARTICLE III, SECTION II*, with major actual controversy is the Psychiatrist, Feinberg and Associates, Dr. David Fienberg (herein Feinberg). Also, with actual controversy is the way it was ordered for us to attend a Custodial Evaluation at Feinberg. Initially and per Fayette County Kentucky Court Judge Lucinda Masterton's (herein Masterton) "Sept. 1, 2020 Docket Sheet Order", I am to attend Feinberg for an increase in timeshare. The following order signed by Masterton states for me to attend a unilateral mental health evaluation. This was of actual controversy until January 2021 when my ex-wife filed for Termination of my

Parental Rights, DENIED by Masterton. But ORDERED was for the parties of Masterton's case to attend a Custodial Evaluation at Feinberg. I had injured my back and was off work from January – May of 2021. Masterton was aware of this. Masterton denied me a verbal change in Child Support due to unemployment., Masterton stated because it's usually temporary. As stated, my ex-wife filed for Suspension of Timeshare because I wanted to go work as a heavy equipment operator in Florida with certain stipulation subject to our child due to my back injury. Certain heavy equipment has comfortable seats and air conditioning. My request that generated the Suspension of Timeshare or the CRUEL AND UNUSUAL PUNISHMENT was reasonable. Masterton granted suspension of timeshare and stated reasons verbally that I couldn't even walk, etc. I am now mostly rehabilitated as of May 2021. All video recordings, documents and exhibits will be presented if and when I have to consult an attorney(s) in the event that the Defendant(s) does not agree to something reasonable. MASTERTON'S ACTIONS ARE IN VIOLATION OF DECLATORY DECREE WITH NO DECLATORY RELIEF.

This very PRELIMINARY COMPLAINT may, IN FACT, snowball into the alleged aforementioned of all fifty state governments for the betterment of the commonwealth of WE THE PEOPLE OF THE UNITED STATES OF AMERICA AS DESIGNED BY OUR FORE FATHERS IN YEAR 1776 AS SET FORTH IN THE UNITED STATES CONSTITUTION, ITS PREAMBLE, SEVEN ARTICLES, TWENTY-SEVEN AMENDMENTS AND THE BILL OF RIGHTS. Times are a changin'. Actually, all I'm doing here is reiterating the **CONSTITUTION OF THE UNITED STATES OF AMERICA.**

As the United States Courts for the Ninth Circuit, 9.3 Section 1983 Claim Against Defendant in Individual Capacity – Elements and Burden of Proof (EXHIBIT 7), I have satisfied

# THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE by proving Preponderance of Evidence and Burden of Proof that the Defendant(s)

1. ACTED UNDER COLOR OF LAW
2. ACT(S) AND FAILURE TO ACT(S) DEPRIVED PLAINTIFF OF [HIS OR HER] PARTICULAR RIGHTS UNDER THE LAWS OF THE UNITED STATES AND THE UNITED STATES CONTITUTION
3. VIOLATED DECLARTORY DECREE
4. PROVIDED NO DECLATORY RELIEF
5. ACTED WITHOUT SUBJECT MATTER JURISDICTION

ALL TRIALS, TRIBULATION, PROBLEMS, ISSUES, CONTINGENCIES, INJURIES, FILINGS, HEARINGS, FEES, LEGAL ISSUES, ETC. THAT HAVE OCCURRED SINCE APRIL SIXTEENTH OF TWO THOUSAND TWENTY ARE UNDOUBTEDLY THE FAULT OF THE DEFENDANT(S). There is blood on the Defendant(s) hands.

## THEREFORE,

I REQUEST OF **THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**,

1. ORDER IMMEDIATE RETURN OF MY FIREARMS BY THE FAYETTE COUNTY KENTUCKY SHERIFFS DEPARTMENT
2. ORDER DEFENDANT(S) TO DISMISS DEFENDANT(S) CASE NO. 20-DV-645
3. ORDER DEFENDANT(S) TO ALLOW PROPER USE OF E-FILE FOR ALL CASES

4. ORDER DEFENDANT(S) TO ISSUE APOLOGY LETTERS TO MY FAYETTE COUNTY KENTUCKY CUSTODY CASE 19-CI-4318, MY SON, NUMEROUS MEMBERS OF MY FAMILY, THE NATIONAL RIFLE ASSOCIATION AND ANYONE ELSE OF MY CHOOSING.
5. ANY AND ALL RELIEF THE COURT DEEMS NECESSARY
6. ADDITIONAL RELIEF TO BE DETERMINED
7. AWARD MONETARY DAMAGES DESCRIBED BELOW:

## DAMAGES

1. MONETARY DAMAGES – Under TITLE 42 U.S. FEDERAL CODE § 1983, I am requesting monetary damages because the granting of the original ex parte order by Defendant(s) has caused severe repercussions that have been felt across both the United States and my person. I should have never been in the position to sign a consent order as the DEFENDANT(S) LACKED SUBJECT MATTER JURISDICTION TO INFLICT SUCH DEAFENING DAMAGES.

    a. The main damage is in my custody case in Kentucky. The Defendant(s) protection order gave my ex-wife extreme argument to suspend/terminate my parental rights. And it was done so by influence in masses of this protection order on February 19, 2021. I have not seen my son, six years old, since then after being in his life from conception. Defendant(s) are absolutely to blame <u>for all</u> of my trials and tribulations that devastated my life. Their entity should be made to pay damages for such *treasonous* acts. If

I were to personally value the depth that my injury has caused me in monetary damages, the Defendant(s) would file bankruptcy.

b. ***U.S. CONST., Article VII, 2A*** is a highly regarded, very protected Civil Right. Though my son is more important than projectile protection or hunting equipment, me losing my *2A* affected my livelihood, personal character and reputation, my safety, well-being, safety of innocent bystanders, as I have been a concealed carry permit holder since I twenty-one years old in two states - West Virginia, and Kentucky. The phrase "SHALL NOT BE INFRINGED" is very descriptive with zero leniency. THE DEFENDANT ACTED UNDER COLOR OF LAW WITHOUT SUBJECT MATTER JURISDICTION TO INFRINGE ON THE *2A*. ***U.S CONST., AMENDMENT XIV, SECTION I*** STATES "…NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE THE PRIVELEGES OR IMMUNITIES OF CITIZENS OF THE UNITED STATES; NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE, LIBERTY, OR PROPERTY, WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAWS."

THE VENUE OF THIS FEDERAL COMPLAINT IS PROPER AS THE OHIO ORDER IS ON PLAINTIFF'S PERSON AND HE RESIDES IN NASHVILLE, TN PER

*U.S. CONST. ARTICLE III, SECTION 2.*

**PLEASE REFERENCE, BUT NOT LIMITED TO:**

UNITED NATIONS ARTICLE TWELVE, THIRTEEN, FOURTEEN AND FIFTEEN

EXHIBIT 8 - **TITLE 42 U.S. FEDERAL CODE § 1983**

EXHIBIT 9 – *U.S CONST., ARTICLE VII, AMENDMENT FOURTEEN*

EXHIBIT 10 – *U.S CONST., ARTICLE III*

EXHIBIT 11 – *US. CONST, ARTICLE VII, AMENDMENT EIGHT*

RESPECTFULLY SUBMITTED,

**Eric S. Kilgore**
3210 Southlake Dr.
Nashville, TN 37211
859.576.0474
Eskilgore7@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed via Certified U.S. Mail and that on this 21 day of December, 2022, a true and accurate copy of the same has been served by e-mail and/or first-class U.S. Mail, upon the following:

DEFENDANT(S):

**MAYOR ANDREW J. GINTHER OF THE CITY OF COLUMBUS, OHIO**

90 W BROAD ST

COLUMBUS OH 43215

**COLUMBUS CITY ATTORNEY ZACH KLEIN**

77 N FRONT ST

COLUMBUS OHIO 43215


**JUDGE JAMES BROWN**

373 S HIGH ST, FLOOR 4

COLUMBUS, OHIO 43215


**FRANKLIN COUNTY OHIO DOMESTIC CLERK,**

MARYELLEN O'SHAUGHNESSY

373 S HIGH ST, FLOOR 4

COLUMBUS, OHIO 43215


**FRANKLIN COUNTY OHIO ADMINISTRATOR, KENNETH M. WILSON**

373 S. HIGH ST., 26TH FLOOR

COLUMBUS, OHIO 43215

*[Handwritten annotation:]* Thomas Sexton, Attorney for Defendant Jessica Isabel Jude, 580 S. High St. #130, Columbus, OH 43215

_____
Eric S. Kilgore

TO WHOM THIS MAY CONCERN OF:

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

### Eric S. Kilgore

### V.

I, Eric S. Kilgore of Nashville, Tennessee, am regretful to inform the Court that I have exhausted <u>ALL</u> options are DECLATORY RELIEF as there has been a substantial VIOLAION OF DECLARATORY DECREE and the Defendant(s) disability to admit BAD FAITH. The Defendant(s) granted orders against my person without Subject Matter Jurisdiction. I did not want to be here, but I have no choice. You have no idea how much I appreciate you being here today.

My damages are so much more potent than what I express in the following PRELIMINARY COMPLAINT. I had begun to combat a stutter. I do a good job of controlling it. The less stress I create, the less I stutter. I have been breaking out in sweats and shakes when talking about this case. The shakes in my hands are slowly getting worse. The Defendant(s) breach of the ***CONSTITUTION OF THE UNITED STATES OF AMERICA*** have possibly caused permanent damage of my nervous system. I really hope not, though. I am a nervous wreck solely because of the Defendant(s) illicit acts against the, but not limited to, ***UNITED STATES OF AMERICA*** AND ***THE CONSTITUTION OF THE UNITED STATES.***

I am here today to request of the Court that <u>ALL</u> requests within my complaint to be granted. I am here today because I am forced to be here. As of now, and because of the Defendant(s) actions, who caused my disability of the, but not limited to, **2A, 8A, 14A,** are perpetrators, suspects and possibly traitors. I will let the Court decide.

**Eric S. Kilgore**
3210 Southlake Dr.
Nashville, TN 37211
859.576.0474
TradesmanNashville@gmail.com