IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC S. KILGORE, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Civil No. 3:22-cv-1046 )   Judge Trauger |
| FRANKLIN COUNTY, OHIO LOCAL GOVERNMENT, ET AL. | ) ) ) |
|     Defendants. | ) |

**ORDER**

On January 8, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 49), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendants Franklin County, Ohio, the Honorable James Brown, and Franklin County Clerk of Courts Mary Ellen O'Shaughnessy (Doc. No. 32) is GRANTED IN PART AND FOUND MOOT IN PART, and the remaining claims against defendant Brown and all claims against defendant Jessica Isabel Jude are DISMISSED WITHOUT PREJUDICE under Rule 12(b)(1) for lack of subject matter jurisdiction.

This Order having disposed of the remaining claims, the Clerk shall close this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge